IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TRAVIS EDWARD LUNSFORD                                                    PLAINTIFF

            v.                          Civil No. 05-5178

WASHINGTON COUNTY DETENTION CENTER;
SHERIFF TIM HELDER; CORPORAL REYNOLDS,
(Female), Deputy Jailer; RHONDA BRADLEY, Nurse;
and CAPTAIN CARTER, Washington County
Detention Center                                                         DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        Travis Edward Lunsford filed this pro se civil rights action under 42 U.S.C. § 1983 on

November 7, 2005.  His complaint was filed in forma pauperis (IFP).  (Docs. 1-4.)

        On January 11, 2006, the undersigned entered an order directing Lunsford to complete,

sign, and return an attached addendum to his complaint by February 10, 2006.  (Doc. 6.)  To

date, Lunsford has not responded to the order by returning the completed and signed addendum.

The court's January 11 order has not been returned as undeliverable, Lunsford has not

communicated with the court, and a later address for Lunsford does not appear in the file.

        I therefore recommend that Lunsford's complaint be dismissed on the grounds that he has

failed to prosecute this action or obey an order of this court.  *See* Fed. R. Civ. P. 41(b).

        **Lunsford has ten days from receipt of this report and recommendation in which to

file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely written

objections may result in waiver of the right to appeal questions of fact.  Lunsford is

reminded that objections must be both timely and specific to trigger de novo review by the

district court.**

DATED this 25th day of May 2006.

**/s/ Beverly Stites Jones**

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)