```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
         FAYETTEVILLE DIVISION
```

TRAVIS EDWARD LUNSFORD                                     PLAINTIFF

      v.        Civil No. 05-5178

HELDER, et al.                                            DEFENDANTS

**O R D E R**

NOW on this 19th day of June, 2006, comes on for consideration the Report And Recommendation Of The Magistrate Judge (document #7), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that the Report And Recommendation Of The Magistrate Judge (document #7) is adopted in its entirety.

IT IS FURTHER ORDERED that, for the reasons stated in the Report And Recommendation, the plaintiff's complaint is dismissed on the grounds that he has failed to prosecute this action or obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE